STATE v. LANGSTON

No. 383P02

Case below: 149 N.C. App. 977

Petition by defendant pro se for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 15 August 2002.

STATE v. LEE

No. 357P02

Case below: 150 N.C. App. 701

Petition by Attorney General for writ of supersedeas denied 15 August 2002. Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 denied 15 August 2002.

STATE v. LeGRANDE

No. 327P02-2

Case below: Stanly County Superior Court/346 N.C. App. 718

Petition by defendant for writ of certiorari to review the order of the Superior Court, Stanly County denied 15 August 2002. Motion by defendant for appropriate relief, dismissal of all charges on motion for appropriate relief in conjunction with petition for writ of certiorari no. 462A01-10, dismissal of all charges pursuant to G.S. 15A-1447(b)(g) on petition for writ of certiorari No. 462A01-10, denied 15 August 2002.

STATE v. LYNCH

No. 242A93-4

Case below: Gaston County Superior Court

Petition by defendant for writ of certiorari to review the orders of the Superior Court, Gaston County, denied 15 August 2002.